UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 13-960-VBF (SP) | Date | July 9, 2013 |
|---|---|---|---|
| Title | WAYNE E. RAMIREZ v. CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| n/a | n/a |

**Proceedings:**  (In Chambers) Order to Show Cause Re: Failure to Effect Service and Prosecute

    On May 31, 2013 plaintiff filed a Complaint for Review of Final Decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).  On June 3, 2013, the court issued its Case Management Order in this matter.  The Case Management Order advised plaintiff that the summons and complaint must be served on defendant in accordance with Federal Rule of Civil Procedure 4(i), and specifically ordered that a proof of such service must be filed with the court within 28 days after the filing of the complaint, i.e., on or before July 1, 2013.  The court warned plaintiff that failure to comply with this requirement may result in the dismissal of this case.

    To date, the court has not received a proof of service.  Nor has plaintiff requested or obtained an order from the court granting an extension of time to do so.  The court notes that on July 8, 2013 defendant filed a Statement of Consent to Proceed Before a United States Magistrate Judge, indicating defendant may have been served (plaintiff has not filed a Statement of Consent).  Plaintiff must nonetheless file a proof of service.  Having failed to do so, plaintiff is in violation of the court's order and is not properly prosecuting this action.

    Accordingly, plaintiff is ORDERED to show cause in writing by **July 24, 2013** why he has failed to file proof of service on defendant within the required time period, as directed in the Case Management Order.  Plaintiff may discharge this Order to Show Cause by filing, not later than July 24, 2013, proof of service of the summons and complaint.